Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
V.R. Bohman, Esq.
Nevada Bar No. 13075
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  afugazzi@swlaw.com
          vbohman@swlaw.com
          cogata@swlaw.com

*Attorneys for Defendant Nevada Property 1 LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTACULAR PROPERTIES LLC, a Wyoming LLC; and FARIDEH AFRAND, <br><br> Plaintiffs <br><br> vs. <br><br> NEVADA PROPERTY 1, LLC, a Delaware LLC; The EIGHTH JUDICIAL DISTRICT COURT; CLARK COUNTY OFFICE of RECORDER, A division of Clark County; and Does 1 to 20, <br><br> Defendants | Case No. 2:22-cv-00517-JCM-BNW <br><br> **Stipulation and Proposed Order to Extend Time to Respond to Second Amended Complaint** <br><br> **(FIRST REQUEST)** |

Defendant Nevada Property 1 LLC ("NP1") and plaintiffs Spectacular Properties LLC and Farideh Afrand, for good cause shown, stipulate and agree to extend NP1's deadline to respond to the second amended complaint to May 9, 2022, for the following reasons:

1.    On March 24, 2022, the plaintiffs filed their complaint, seeking declaratory and injunctive relief against NP1, among others.[1]

2.    The plaintiffs amended their complaint twice.[2]

---

[1] ECF No. 1 (complaint).

[2] ECF Nos. 2 (amended complaint), 3 (second amended complaint).

3.      Counsel for NP1 agreed to accept service of the second amended complaint for NP1 on April 8, 2022.

4.      NP1's response is currently due on April 29, 2022.

5.      Given NP1's acceptance of service, NP1 sought, and Plaintiffs agreed to, a one-week extension for NP1 to prepare the appropriate response.

6.      The parties agreed to extend NP1's deadline to respond to the second amended complaint to May 9, 2022.

7.      This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the parties respectfully request an extension for NP1 to respond to Plaintiffs' second amended complaint up to and including May 9, 2022.

DATED  April 14, 2022                    DATED April 14, 2022

SNELL & WILMER L.L.P.              HAWKINS MELENDEZ, P.C.


By: */s/ Alex L. Fugazzi*                  By: */s/ Christopher M. Keller*
Alex L. Fugazzi, Esq.                        Christopher M. Keller, Esq.
V.R. Bohman, Esq.                            9555 Hillwood Drive, Suite 150
Christian P. Ogata, Esq.                     Las Vegas, Nevada  89134
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169                     *Attorney for Spectacular Properties LLC
                                             and Farideh Afrand*
*Attorneys for Defendant Nevada Property 1
LLC*

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that NP1 shall respond to Plaintiffs' Complaint on or before May 9, 2022.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: _____April 19, 2022_____

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200