CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Spectacular Properties LLC.*
*and Farideh Afrand.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPECTACULAR PROPERTIES LLC., a Wyoming LLC.; and FARIDEH AFRAND;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC., a Delaware LLC.; The EIGHTH JUDICIAL DISTRICT COURT; CLARK COUNTY OFFICE of RECORDER, A division of Clark County; and Does 1 to 20,<br><br>Defendants. | Case No. 2:22-CV-00517-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CLARK COUNTY OFFICE OF RECORDER, ONLY, WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Plaintiffs Spectacular Properties, LLC and Farideh Afrand, by and through their attorney of record Christopher M. Keller, Esq. of the law firm of Hawkins Melendrez, P.C.; Defendant Nevada Property 1, LLC, by and through its attorney of record Alex L. Fugazzi, Esq. and Christian P. Ogata, Esq. of the law firm of Snell & Wilmer, L.L.P.; and Defendant Clark County Office of Recorder, by and through its attorney of record Catherine Jorgenson, Esq. with the Civil Division of the District Attorney's Office, that all

. . .

. . .

. . .

. . .

Case 2:22-cv-00517-JCM-BNW   Document 39   Filed 06/22/22   Page 2 of 2

Spectacular Properties vs. Nevada Property 1
2:22-cv-00517-JCM-BNW

claims against Defendant Clark County Office of Recorder, Only, be dismissed without prejudice, each party to bear their own attorney's fees and costs.

DATED this 15th day of June 2022.

**HAWKINS MELENDREZ, P.C.**

*/s/ Christopher M. Keller*
CHRISTOPHER M. KELLER, ESQ. Nevada Bar No. 7399
9555 Hillwood Drive, Suite 150 Las Vegas, Nevada 89134
*Attorney for Plaintiffs*

DATED this 15th day of June 2022.

**SNELL & WILMER L.L.P.**

*/s/ Christian P. Agata*
ALEX L. FUGAZZI, ESQ.
Nevada Bar No. 9022
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorney for Defendant Nevada Property 1*

DATED this 15 day of June 2022.

**DISTRICT ATTORNEY CIVIL DIVISION**

CATHERINE JORGENSON, ESQ
Nevada Bar No. 6700
500 Grand Central Parkway, Suite 5075
Las Vegas, Nevada 89155
*Attorney for Defendant Clark County Office of Recorder*

IT IS SO ORDERED.

Upon the stipulation of counsel for dismissal of Defendant Clark County Office of Recorder, Only, be dismissed without prejudice in the above-entitled action, *Spectacular Properties, LLC, et al. vs. Nevada Properties 1, LLC, et al.,* Case No. 2:22-cv-00517-JCM-BNW, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Clark County Office of Recorder, Only, be dismissed without prejudice, and each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2022